UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MODU JAWARA,<br><br>                    Petitioner(s),<br><br>     v.<br><br>TODD BLANCHE, et al.,<br><br>                    Respondent(s). | CASE NO. C26-1252-KKE<br><br>ORDER EXTENDING TIME FOR THE OFFICE OF THE FEDERAL DEFENDER TO RESPOND AND TRAVERSE DEADLINE |

This matter comes before the Court on its own motion.  The Court previously referred this case to the Office of the Federal Public Defender ("FPD") and requested that FPD advise the Court by April 22, 2026, whether it will seek appointment in this matter.  Dkt. No. 8 at 3.  FPD subsequently contacted the Courtroom Deputy to request a two-week extension of the time in which to review Petitioner's case.

To facilitate FPD's potential appointment, which the Court has already found to be in the interest of justice, the Court hereby EXTENDS until May 6, 2026, the deadline for FPD to advise the Court whether it will seek appointment in this matter.  The Court further EXTENDS the deadline for Petitioner to file his traverse until May 8, 2026.  The Clerk is directed to re-note the return to Petitioner's habeas petition to May 8, 2026.  Dkt. No. 9

ORDER EXTENDING TIME FOR THE OFFICE OF THE FEDERAL DEFENDER TO RESPOND AND TRAVERSE DEADLINE - 1

Dated this 22nd day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING TIME FOR THE OFFICE OF THE FEDERAL DEFENDER TO RESPOND AND
TRAVERSE DEADLINE - 2