UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MODU JAWARA, | CASE NO. C26-1252-KKE |
| Petitioner(s), | ORDER SETTING BRIEFING SCHEDULE ON AMENDED HABEAS PETITION |
| v. | |
| TODD BLANCHE, et al., | |
| Respondent(s). | |

On May 8, 2026, Petitioner, through counsel, filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 14. Pursuant to General Order 10-25 of this District, the Court ORDERS that Petitioner's amended petition will be briefed according to the following schedule:

1) Respondents shall file a return to the amended habeas petition no later than May 22, 2026. The return shall be noted for May 27, 2026.

2) Any traverse by Petitioner shall be filed no later than May 27, 2026.

Other than these amendments to the briefing schedule, all other directives set forth in the Court's scheduling order (Dkt. No. 3) shall remain in place. Finally, the Clerk is DIRECTED to terminate Respondents' return to Petitioner's original petition. Dkt. No. 9.

ORDER SETTING BRIEFING SCHEDULE ON AMENDED HABEAS PETITION - 1

Dated this 11th day of May, 2026.

Kymberly K. Evanson
United States District Judge