THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MODU JAWARA,

    Petitioner,

    vs.

TODD BLANCHE, et al.,

    Respondents.

No. CV26-1252-KKE

ORDER TO EXTEND DEADLINE TO
FILE TRAVERSE

THE COURT has considered the unopposed motion to extend the deadline for Petitioner's traverse along with the records in this case.

IT IS ORDERED that the due date for the traverse is extended from May 27, 2026, to June 5, 2026.

DONE this 15th day of May 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

Presented by:

s/ *Vicki W.W. Lai*
Assistant Federal Public Defender
Attorney for Modu Jawara

ORDER TO EXTEND DEADLINE TO FILE
TRAVERSE
(*Jawara v. Blanche, et al.*, CV26-1252-KKE) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**